BEFORE THE UNTITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CELLULAR CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3124 |

**PROOF OF SERVICE**

Pursuant to the Clerk's instructions, Plaintiff Dina Winger hereby provides notification of the following correction to Dkt. No. 28-1 (Proof of Service):

• Amended Proof of Service (Dkt. No 28-1).

**GEORGE FELDMAN MCDONALD, PLLC**

By: /s/ *Lori G. Feldman*
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
*lfeldman@4-Justice.com*

*Counsel for Plaintiff Dina Winger in:*
**CASE #: 3:24-cv-01797 (AB)**
*Northern District of Texas, Dallas Division*